**Order entered August 16, 2016**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00714-CV

**GLENN MCCAIN, INDIVIDUALLY AND AS NEXT FRIEND OF D.M., Appellant**

**V.**

**PROMISE HOUSE, INC. AND ARCH INSURANCE COMPANY, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-13980**

## ORDER

We **GRANT** the Dallas County District Clerk's August 12, 2016 motion for an extension of time to file the clerk's record and extend the time to **MONDAY, SEPTEMBER 12, 2016**.

/s/     ELIZABETH LANG-MIERS
           JUSTICE